IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All others Similar Situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:16-cv-04367 |
| v. | ) ) ) |
| SUFFOLK BANCORP, HOWARD C. BLUVER, JOSEPH A. GAVIOLA, JAMES E. DANOWSKI, BRIAN K. FINNERAN, EDGAR F. GOODALE, DAVID A. KANDELL, TERENCE X. MEYER, RAMESH N. SHAH, JOHN D. STARK, JR., and PEOPLE'S UNITED FINANCIAL, INC., | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

**WHEREAS**, on June 26, 2016, Suffolk Bancorp ("Suffolk" or the "Company") and People's United Financial, Inc. ("People's United") entered into an agreement and plan of merger (the "Merger Agreement"), pursuant to which People's United would acquire all of the outstanding shares of Suffolk common stock for 2.225 shares of People's United common stock for each share of Suffolk common stock they own (the "Proposed Transaction");

**WHEREAS**, on August 4, 2016, Suffolk stockholder Paul Parshall ("Plaintiff") filed a putative stockholder class action complaint in the above-captioned action (the "Action") in this Court, which alleged, among other things, that a Registration Statement filed in support of the merger transaction challenged in the action failed to disclose material information to Suffolk shareholders in violation of Section 14(a) and Section 20(a) of the 1934 Securities and Exchange Act;

**WHEREAS**, on September 27, 2016, the parties to the Action, as well as two related actions pending in the Supreme Court of the State of New York (the "State Court Actions")

reached an agreement-in-principle to settle the Actions and the State Court Actions (the "Settlement"), as set forth in a Memorandum of Understanding (the "MOU"), which was fully executed by the parties on September 27, 2016;

**WHEREAS**, the parties to the Actions have agreed in the MOU that the Settlement will be presented to the Court in the State Court Actions;

**NOW, THEREFORE, PLEASE TAKE NOTICE** that, no class having been certified or sought to be certified and no opposing party having served an answer or motion for summary judgment, Plaintiff hereby dismisses the above-captioned Action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure without prejudice as to any individual or class claims in this action. Information about the dismissal and settlement of this Action will be included in the notice to be disseminated in connection with the settlement proceedings in the State Court Actions as set forth above.

Dated: October 7, 2016            **RIGRODSKY & LONG, P.A.**

By: */s/ Timothy J. MacFall*
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516

**OF COUNSEL:**

**RYAN & MANISKAS, LLP**
Katharine M. Ryan
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516

Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

*Attorneys for Plaintiff*

2